John Baker #046157
Name and Prisoner/Booking Number

ASP/Lewis/
Place of Confinement

PO Box 70
Mailing Address

Buckeye, AZ 85326
City, State, Zip Code

☒ FILED  ☐ LODGED

**Oct 06 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

John P. Baker,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Jonathon Cameron,
(Full Name of Defendant)

(2) Ryan Thurwell,

(3) Sargent Gara,

(4) Kyle Alford,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-01639-PHX-DJH (JZB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Lewis/Bercher Buckeye, AZ

## B. DEFENDANTS

1. Name of first Defendant: __Jonathon Cameron__. The first Defendant is employed as: __Deputy Warden__ at __Barchey Unit__.
   (Position and Title)                                (Institution)

2. Name of second Defendant: __Ryan Thornell__. The second Defendant is employed as: __Director ADOCRR__ at __Central Office__.
   (Position and Title)                                (Institution)

3. Name of third Defendant: __Sargent Greene__. The third Defendant is employed as: __COS at Visitation__ at __Barchey Unit__.
   (Position and Title)                                (Institution)

4. Name of fourth Defendant: __Kyle Alford__. The fourth Defendant is employed as: __Grievance Coordinator__ at __Barchey Unit__.
   (Position and Title)                                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __?__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: First Amendment

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Right of Association

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendants are being sued in their official and individual capacities and acted under color of law.

   In March, 2023, Plaintiff oldest daughter from his second marriage agreed to marry an inmate at Barchey Unit. An unknown staff member authorized the marriage and set the date for mid April 2023.

   Then, at the last minute Defendant sergeant Cora sent word to the inmate and Plaintiff the people on the list to attend, including the Plaintiff could NOT attend! All who are on the list other than the Plaintiff were on the regular visitors authorized list. That is a violation of prison policy and other Defendants did NOTHING about it when they were notified. /continued on page 3A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff's injuries were mental and psycological as he could not attend a daughter's wedding, even though it was at the prison.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

3

1. COUNT I, con't.

3. Supporting Facts, con't:

Plaintiff attended another daughter's wedding at another prison with NO problem.

By denying Plaintiff's attendance, he is suffering mental anguish and a VIOLATION of the First Amendment's Right of Association, and prison policy.

There is NOTHING in the prison policy on who can attend a prison wedding, except they had to meet the requirements of visitation, which they did.

The visitors that were denied were the bride to be's sister, and a relative of the inmate, and the Plaintiff.

Also, after the wedding in late June, 2023, the couple wanted Plaintiff to visit with them on regular visitation days. That was DENIED by this Defendant and a VIOLATION of policy. See EXHIBIT 'A'.

3A

4

## COUNT II

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Due Process

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Defendants are being sued in their official and individual capacities and acted under color of law.

   Defendants Cameron and Thornell never responded to inmate letters or the grievance appeals.

   That affected my ability to sue, but certain case rulings callow this case. See EXHIBIT "B".

   These two (2) Defendants did not respond to the grievance appeal or any inmate letters sent to them. That VIOLATED the grievance policy, and due process.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   SAME as COUNT I

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

5

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>First Amendment</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☒ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   This Defendant is being sued in his official and individual capacity and acted under color of law.

   Defendant Alford answered Plaintiff's grievance by stating the problems on getting witnesses and who can attend did NOT concern me!

   That was an absolute LIE, as I was denied denied to attend my daughter's wedding!!

   Since the grievance process must be done prior to filing a lawsuit he also did NOT forward the first grievance appeal to the appropriate party for an answer.

   The grievance coordinator MUST follow policy. EXHIBIT C

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Same as Count 7

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

6

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Injunctive — retrain staff of policies on weddings. Order supervisors to insure policies are followed.

Compensatory — From Defendant Cameron $10,000,000
From Defendant Thurrell $10,000,000
From Defendant Garza $10,000,000
From Defendant Ford $5,000,000

See page 6A to continue

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Oct 6, 2023
DATE

John P. Balke
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

E. REQUEST FOR RELIEF, CON'T.

Punitive Damages -

whatever the jury awards.

Misc. -

cost of suit to include, but NOT limited to - filing fee, service fee (state), copies, postage, supplies, and legal research.

6A

8

## CONCLUSION

A father's dream is to see his daughter marry and have a life that brings joy to both of them.

In this case, neither the Plaintiff or his daughter could enjoy the wedding as he was stopped from attending.

Even one of her sisters could NOT attend.

There was NO legitimate reason other than the staff NOT following their own policies and the Constitution.

Plaintiff IS entitled to relief for the mental anguish he has suffered.

9